UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-　　　　　　　　　　　　　　　　　17 cr 402 (JGK)

FELIX ROSARIO,
                Defendant.
-----------------------------------------------------------X

    It is hereby ordered that Patricia Pileggi, Esq., be appointed as counsel for the above-named defendant, for all purposes, during the pending violation proceeding.

**SO ORDERED.**

                                                      **JOHN G. KOELTL**
                                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       March 1, 2022