UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA

       - against -                    17 Cr. 402 (JGK)

FELIX ROSARIO,                          ORDER
                Defendant.
---

JOHN G. KOELTL, District Judge:

    The parties should appear for another conference on **June 6, 2022**, at **4:30 p.m.**

SO ORDERED.

Dated: April 4, 2022
       New York, New York

                                             John G. Koeltl
                                     United States District Judge