```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

    - against -

FELIX ROSARIO,

           Defendant.

17-cr-402 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As discussed at the conference held today, another conference is scheduled for August 10, 2022 at 11:00 a.m. Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated: June 6, 2022
      New York, New York

/s/ John G. Koeltl
John G. Koeltl
United States District Judge