UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

              -against-                          17 cr 402-05 (JGK)

FELIX ROSARIO,                                        **ORDER**
                        Defendant.
------------------------------------------------------------X

       Having held a conference, today, for the defendant, Felix Rosario, the matter is adjourned to **Tuesday, November 15, 2022, at 4:30pm.**

**SO ORDERED.**

                                                                 JOHN G. KOELTL
                                            UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         August 10, 2022