**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————————

**UNITED STATES OF AMERICA,**              17-cr-402 (JGK)

    - against –                                ORDER

**FELIX ROSARIO,**

        Defendant.

————————————————————————

**JOHN G. KOELTL, District Judge:**

The final hearing for revocation of supervised release scheduled for September 7, 2023, at 2:30 p.m. is **adjourned** to **September 28, 2023,** at **11:30 a.m.**

**SO ORDERED.**

**Dated:**  **New York, New York**
       **August 15, 2023**              \_\_\_\_/s/ John G. Koeltl\_\_\_\_\_
                                      **John G. Koeltl**
                             **United States District Judge**