UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-                                            17 cr 402-05 (JGK)

FELIX ROSARIO,

                      Defendant.

---------------------------------------------------------------X

        The Court imposed a sentence of 2 months imprisonment on Specifications 1 and 2 of the

petition on violation of supervised release.  In fashioning the judgment, the Court intends to

indicate in the judgment that the sentence is to run concurrently on both specifications, and that

the new term of one year of supervised release, which is to be imposed after the defendant's

release from imprisonment, is to be imposed concurrently on Specifications 1 and 2.

        The parties shall inform the Court, as soon as possible, whether there are any objections.

**SO ORDERED.**

                                               **JOHN G. KOELTL**
                                     **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       October 31, 2023