UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-                                       17 cr 402-05 (JGK)

FELIX ROSARIO,                                       **ORDER**

                       Defendant.
-------------------------------------------------------------X

The time for the defendant to surrender to the Bureau of Prisons to begin his sentence is extended to **2:00pm, on Monday, November 13, 2023.**

**SO ORDERED.**

                                                       JOHN G. KOELTL
                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         November 8, 2023