UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -

FELIX ROSARIO,

              Defendant.

17-cr-402 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The transcript indicates that although the Court advised the defendant of the right to appeal, and that the notice of appeal must be filed within 14 days of the entry of the judgment of conviction, and of the right for leave to appeal in forma pauperis, the Court did not advise the defendant that the Clerk would file a notice of appeal on the defendant's behalf immediately, as the Court normally does. Defense counsel should advise the Court promptly that the defendant is aware of the procedure and confirm that the defendant has been so advised.

SO ORDERED.
Dated:    New York, New York
           July 10, 2025

                                            John G. Koeltl
                                     United States District Judge